Nassau County Trust Company, as Administrator of the Estate of Shaheenie Saleeby, Deceased, et al., Appellants, *v.* Nazura D. Saleeby et al., Individually and as Heirs at Law and Next of Kin of Shaheenie Saleeby, Deceased, et al., Respondents.

Argued March 1, 1937; decided March 9, 1937.

*John R. Jones* for motion.

*Vito F. Lanza* opposed.

Motion denied, with leave to renew on argument of appeals.